# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-885 |
| ) | |
| U.S. FOREST SERVICE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY ERIN HOGAN-FREEMOLE

Pursuant to Local Civil Rule 83.2(c), I, Jennifer Schwartz, counsel for Plaintiff in the above-captioned case, hereby respectfully move for admission of attorney Erin Hogan-Freemole *pro hac vice* before this Court. The undersigned is a member of the Bar of this Court, is an attorney of record in this case, and sponsors this motion. A declaration by Ms. Hogan-Freemole containing the certification required by LCvR 83.2(c)(2) accompanies this motion.

I hereby agree to serve as Ms. Hogan-Freemole's sponsoring member of the Bar of this Court, and to act as local counsel with the authority to act as attorney of record for all purposes in this matter.

Respectfully submitted this 25th day of March, 2025

<u>/s/ Jennifer Schwartz</u>
Jennifer Schwartz, Bar No. OR072978
WildEarth Guardians
213 SW Ash St., Ste. 202
Portland, OR 97214
Tel: 503-780-8281
Email: jschwartz@wildearthguardians.org

*Of Attorneys for Plaintiff*