IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:25-cv-885 |
| U.S. FOREST SERVICE, | ) ) ) |
| Defendant. | ) ) |

**DECLARATION OF ATTORNEY ERIN HOGAN-FREEMOLE**

I, Erin Hogan-Freemole, pursuant to Local Civil Rule 83.2(c)(2), hereby declare:

1. My name is Erin Hogan-Freemole

2. My office address and telephone number are as follows:

   WildEarth Guardians
   213 SW Ash Street, Suite 202
   Portland, Oregon 97204
   971-417-6851

3. I have been admitted to the following courts and bars:

   Supreme Court of Oregon (Sept. 20, 2021) (Bar No. 212850)
   U.S. District Court for the District of Oregon (Oct. 7, 2021)
   Ninth Circuit Court of Appeals (March 8, 2022)
   Supreme Court of Montana (Feb. 7, 2024) (Bar No. 14279)
   U.S. District Court for the District of Montana (March 4, 2024)

4. I have not been disciplined by any bar, and I am in good standing with all courts, states, and bars to which I have been admitted. My certificate of good standing for the Oregon State Bar is attached.

5. I have been admitted *pro hac vice* to this Court once previously: *WildEarth Guardians v. U.S. Forest Service*, No. 1: 24-cv-37 (Jan. 8, 2024).

6. I do not have an office located within the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Portland, Oregon this 25th day of March, 2025.

Respectfully submitted this 25th day of March, 2025,

*/s/ Erin Hogan-Freemole*
_____

Erin Hogan-Freemole
WildEarth Guardians
213 SW Ash Street, Suite 202
Tel: 971-417-6851
Email: ehoganfreemole@wildearthguardians.org

DECL. OF HOGAN-FREEMOLE—2