IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FOREST SERVICE, )<br>)<br>Defendant. ) | Case No. 1:25-cv-885 |

[PROPOSED] ORDER FOR ADMISSION OF
ATTORNEY ERIN HOGAN-FREEMOLE PRO HAC VICE

A motion has been made for attorney Erin Hogan-Freemole to appear *pro hac vice* before this Court for purposes of the above captioned case with Jennifer Schwartz, an active member of good standing in the Bar of this Court to act as local counsel. Ms. Hogan-Freemole's motion and declaration appear to be in order and in compliance with LCvR 83.2(c).

Accordingly, IT IS HEREBY ORDERED that the motion for Erin Hogan-Freemole to appear pro hac vice is granted.

DATED THIS _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Attorneys and parties entitled to be notified of entry of this proposed order:

*Counsel for Plaintiff:*

    /s/ Jennifer Schwartz
    Jennifer Schwartz, OR072978
    WildEarth Guardians
    213 SW Ash St., Ste. 202
    Portland, OR 97214
    Tel: 503-780-8281
    Email: jschwartz@wildearthguardians.org

*Federal Defendant:*

    U.S. Forest Service
    Department of Agriculture
    1400 Independence Ave., S.W.
    Washington, DC 20250

[PROPOSED] ORDER RE
ADMISSION PRO HAC VICE—2